■ KENNETH A. DOWD, Respondent, v VALEO ENGINE COOLING, INC., Appellant, et al., Defendant. SONICSTAR INTERNATIONAL, LTD., Formerly Known as BOND ACQUISITION CORP., as Successor-in-Interest to BLACKSTONE CORPORATION, Third-Party Plaintiff, v MARK IV INDUSTRIES, INC., as Successor-in-Interest to BLACKSTONE CORPORATION, Third-Party Defendant-Appellant, et al., Third-Party Defendant. VALEO ENGINE COOLING, INC., Third-Party Plaintiff, v MARK IV INDUSTRIES, INC., as Successor-in-Interest to BLACKSTONE CORPORATION, Third-Party Defendant-Appellant, et al., Third-Party Defendant. [721 NYS2d 302] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Gerace, J. (Appeals from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.

■ COUNTY OF ONEIDA, Plaintiff, v B. S. McCAREY COMPANY, INC., et al., Defendants. B. S. McCAREY COMPANY, INC., Third-Party Plaintiff-Respondent, v PARAGON SUPPLY, INC., Third-Party Defendant-Appellant. [721 NYS2d 303] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murad, J. (Appeal from Order of Supreme Court, Oneida County, Murad, J.—Dismiss Pleading.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.